SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>   vs.<br><br>Ernesto Diaz, et al,<br><br>    Defendants | Case No. **2:11-cv-00744-MCE-EFB**<br><br>**REQUEST FOR DISMISSAL OF ERNESTO DIAZ; ORDER THEREON**<br><br>Case to Remain Open as to Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant Ernesto Diaz is hereby dismissed, without Prejudice.  This case is to remain open as to the remaining Defendants.

Date:   June 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE